UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephanie Gorham,<br><br>    Plaintiff,<br><br>v.<br><br>Unum Life Insurance Company of America,<br><br>    Defendant. | Court File No. 17-CV-866 PJS/HB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Stephanie Gorham and Defendant Unum Life Insurance Company that the above-captioned action, is dismissed with prejudice, and without an award of costs, disbursements, or attorneys' fees to any party.

**FIELDS LAW FIRM**

Dated: August 17, 2017

s/Merrick Williams
Merrick Williams
701 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Telephone: 612-206-3472

**ATTORNEYS FOR PLAINTIFF**

**MESSERLI & KRAMER P.A.**

Dated: August 17, 2017

s/Terrance J. Wagener
Terrance J. Wagener
100 South Fifth Street, Suite 1400
Minneapolis, MN 55402
Telephone: (612) 672-3600

**ATTORNEYS FOR DEFENDANT**

1497469.1