UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEPHANIE GORHAM,                              Case No. 17-CV-0866 (PJS/HB)

      Plaintiff,

v.                                              ORDER OF DISMISSAL

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

      Defendant.

Based upon the Stipulation for Dismissal filed by the parties on August 17, 2017

[ECF No. 11],

IT IS ORDERED that this action is dismissed with prejudice and on the merits,

without costs or disbursements to any party.

Dated: August 18, 2017                    s/Patrick J. Schiltz
                                          Patrick J. Schiltz
                                          United States District Judge